| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| Todd M. Friedman, Esq. (SBN 216752) |
| Law Offices of Todd M. Friedman, P.C. |
| 324 S. Beverly Dr., #725 |
| Beverly Hills, CA 90212 |
| Phone: (877) 206-4741 |
| Fax: (866) 633-0228 |
| tfriedman@attorneysforconsumers.com |
| Attorneys for Plaintiff |
| ATTORNEY(S) FOR: Plaintiff, Tenley Hardin |

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| TENLEY HARDIN, individually and on behalf of all others similarly situated, | CASE NUMBER: |
|---|---|
| Plaintiff(s), | |
| v. | |
| STUDEBT INC., | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____TENLEY HARDIN_____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| TENLEY HARDIN | PLAINTIFF |
| STUDEBT INC. | DEFENDANT |

| April 10, 2015 | s/Todd M. Friedman |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Todd M. Friedman, Esq.