Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TENLEY HARDIN, Individually, And On Behalf Of Other Members Of The General Public Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>STUDEBT, INC.,<br><br>Defendant. | Case No. 2:15-cv-02666-PSG-MAN<br><br>**JOINT STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorney fees. A proposed order has been concurrently submitted to this Court.

The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable to the parties' settlement and dismissal of this putative class action because this action has not been certified as a class.[1]

---

[1] Federal Rule of Civil Procedure 23(e) states "[t]he claims, issues or defenses of a certified class may be settled, voluntarily dismissed, or compromised only with the Court's approval.

The Parties agree that this Court can proceed to dismiss this Action entirely with prejudice as to the Named Plaintiff and without prejudice as to the Putative Class alleged in the complaint.

Respectfully submitted this 11th day of September, 2015

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Attorney for Plaintiffs


By: s/Babak Samini
Babak Samini
Attorney for Defendant

Filed electronically on this 11th day of September, 2015, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Philip S. Gutierrez
United States District Court
Central District of California

Babak Samini
Samini Scheinberg PC
Attorney for Defendant

This 11th day of September, 2015

<u>s/Todd M. Friedman, Esq.</u>
TODD M. FRIEDMAN